IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ENRIQUE IRIZARRY | : | VIOLATION:<br>18 U.S.C. §§ 922(g)(1), 924(e) (possession of a firearm by a felon – 1 count)<br>Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about March 3, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ENRIQUE IRIZARRY**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Springfield Arms, model XD-9, 9mm semi-automatic pistol, with an obliterated serial number, loaded with 17 live rounds of 9mm ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Sections 922(g)(1), 924(e) set forth in this indictment, defendant

### ENRIQUE IRIZARRY

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such offense, including, but not limited to:

1. A Springfield Arms, model XD-9, 9mm, semi-automatic pistol, with an obliterated serial number; and

2. Seventeen live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
JENNIFER ARBITTIER WILLIAMS
ACTING UNITED STATES ATTORNEY

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ENRIQUE IRIZARRY

INDICTMENT

Counts

18 U.S.C. §§ 922(g)(1), 924(e) (possession of a firearm by a felon – 1 count)
Notice of forfeiture

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____