# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ENRIQUE IRIZARRY, <br> *Defendant.* | CRIMINAL ACTION <br> NO. 21- 202 |

## ORDER

**AND NOW**, this 2nd day of October 2023, upon consideration of Defendant's Motion to Dismiss the Conviction, (ECF 67), and the Government's Response in Opposition to the Defendant's Motion, (ECF 69), the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.